FILED

10/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0424

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0424

_____

SHAWN FOWLER,

      Plaintiff and Appellee,

v.

DEPARTMENT OF JUSTICE, MONTANA
HIGHWAY PATROL,

      Defendant and Appellant.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2023